

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| MATTHEW MICHON | CIVIL ACTION |
| VERSUS | NO. 05-3250 |
| JOHNSTON'S OF CHALMETTE, ET. AL. | SECTION "K" (1) |

### ORDER

Due to delays created by Hurricane Katrina and the fact that plaintiff is currently proceeding pro se, after consultation with plaintiff,

**IT IS ORDERED** that this matter is **STAYED,** and the Clerk of Court shall mark this action **CLOSED** for statistical purposes.

**IT IS FURTHER ORDERED** that the Court shall retain jurisdiction and that the case shall be restored to the trial docket at any time at the request of any party. This order shall not prejudice the rights of the parties to this litigation.

New Orleans, Louisiana, this _10th_ day of April, 2006.

STANWOOD R. DUVAL, JR.
UNITED STATES DISTRICT COURT JUDGE

___ Fee ___
___ Process ___
_X_ Dktd ___
_✓_ CtRmDep ___
___ Doc. No ___